10454. WHATLEY *et al.* v. RILEY, ordinary, for use, etc.

LUKE, J. The only question raised by the exceptions in this case is whether the evidence authorizes the verdict. A careful examination of the evidence convinces us that there is some evidence upon which the verdict may be sustained. The trial judge having approved the verdict, this court cannot interfere.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 9, 1919.

Action on bond; from Taylor superior court—Judge Kent presiding. February 15, 1919.

*Homer Beeland, C. W. Foy,* for plaintiffs in error.

*Gilbert C. Robinson,* contra.